

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2022

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> Re:   United States v. Romulo Ramirez Rodriguez,
>         S14 19 Cr. 91 (DLC)

Dear Judge Netburn:

The above-referenced charging instrument—Indictment S14 19 Cr. 91 (DLC)—charging defendant Romulo Ramirez Rodriguez was filed under seal on September 22, 2020. The defendant's extradition from Colombia, where he was arrested pursuant to an arrest warrant and arrest request in this case, was recently finalized and he arrived in our district last night, October 20, 2022, and is expected to be presented today, October 21, 2022. Judge Cote has referred the defendant's presentment and arraignment. Accordingly, the Government respectfully requests that Indictment S14 19 Cr. 91 (DLC) be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   ___/s/_____
Sam Adelsberg
Matthew Hellman
David Robles
Assistant United States Attorneys
(212) 637-2494 / 2278 / 2550

**SO ORDERED:**

_____
HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York