```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    S14 19cr91-11(DLC)
            -v-                       :
                                      :         ORDER
ROMULO RAMIREZ-RODRIGUEZ,             :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference will be held on **November 2, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007. At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

SO ORDERED:

Dated:   New York, New York
         October 24, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge