```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     S14 19cr91-11(DLC)
              -v-                        :
                                         :          ORDER
ROMULO RAMIREZ-RODRIGUEZ,                :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea is scheduled for March 1, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         February 24, 2023

                              _____
                                      DENISE COTE
                              United States District Judge