```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA,                  :   S14 19cr91-11(DLC)
                                           :
                -v-                        :        ORDER
                                           :
ROMULO RAMIREZ-RODRIGUEZ,                  :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

Having received the defendant's letter of April 17, 2023, it is hereby

ORDERED that the sentencing in this matter is adjourned to June 29, 2023 at 11:00 AM.

IT IS FURTHER ORDERED that the defendant's sentencing submissions shall be due June 16 and the Government's submissions shall be due June 23.

SO ORDERED:

Dated:   New York, New York
         April 18, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge