**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

June 22, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Romulo Ramirez-Rodriguez, S14 19 Cr. 91 (DLC)*

Dear Judge Cote:

I write respectfully to request a brief adjournment of Mr. Romulo Ramirez-Rodriguez's sentencing, currently scheduled for June 29, 2023 at 11 am. Client matters require me to be in Texas all of next week, and I would prefer to attend sentencing personally rather than have one of my partners cover for me. My colleague Destiny Rose Murphy and I are available at the Court's convenience on July 5-7, 13, 14 and 17-21 for a rescheduled sentencing date. The Government has informed me that it is available on the proposed dates, and that it consents to this request.

Respectfully,

Marc L. Greenwald
Destiny Rose Murphy

cc: AUSAs Samuel Adelsberg, Matthew Hellman, and David Robles

*The sentence is adjourned to July 7 at 10:30 a.m.*

*Denise Cote*
*6/23/23*

**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH