```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    S14 19cr91-11(DLC)
                                         :
            -v-                          :         ORDER
                                         :
ROMULO RAMIREZ-RODRIGUEZ,                :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for July 7 is moved to 10:00 AM on that same date in Courtroom 18B.

SO ORDERED:

Dated:   New York, New York
         June 27, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge