UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA,               :        S14 19cr91-11(DLC)
                                        :
          -v-                           :        ORDER
                                        :
ROMULO RAMIREZ-RODRIGUEZ,               :
                                        :
                    Defendant.          :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter

scheduled for July 7 is moved to 11:00 AM in Courtroom 18B.

    SO ORDERED:

Dated:    New York, New York
          July 7, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge